UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RASHETA BUNTING,

                Plaintiff,

        -against-

NUTS 'N MORE LLC,

                Defendant.
------------------------------------------------------------X

                                     **ORDER**
                         22 CV 4188 (AMD) (CLP)

**POLLAK**, United States Magistrate Judge:

      On March 9, 2023, plaintiff wrote to this Court to inform it that defendant's participation in discovery has been lacking.  (ECF No. 19).  On January 26, 2023, plaintiff served defendant with requests for admission, interrogatories, and requests for production of documents.  Defendant has only provided responses to the requests for admission, which plaintiff characterizes as "boilerplate" and "insufficient."  In an attempt to meet and confer, plaintiff reached out to defendant's counsel on March 1, 2023 and again on March 7, 2023 but has not heard back.  Plaintiff's counsel has noticed this pattern of discovery behavior from defendant's counsel in other cases as well.  As of the date of this Order, defendant has not responded to plaintiff's March 9, 2023 letter on the docket.

      Defendant is Ordered to respond to this letter by **March 24, 2023** or face a possible entry of default against it for its failure to participate in this case.

      The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

      **SO ORDERED.**

Dated: Brooklyn, New York
      March 22, 2023            /s/ Cheryl L. Pollak
                              Cheryl L. Pollak
                              United States Magistrate Judge
                              Eastern District of New York