

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

April 14, 2023

**VIA ECF**

Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, NY 11201

  Re: <u>**Bunting v. Nuts 'N More LLC**</u>
     *Case No. 22-cv-4188 (AMD) (CLP)*

Dear Magistrate Judge Pollak:

  We represent defendant Nuts 'N More LLC in the above-referenced ADA website accessibility case, and we submit this letter in response to Your Honor's Order of April 12, 2023.

  We recognize that defendant's discovery responses are overdue, and that we had previously indicated that we would supply them to plaintiff by last week. Our client did get us the necessary information as we had instructed it to, but in the press of business before Passover we were unable to prepare the responses for plaintiff. Now that the holiday is over we will do so immediately, and get them to defendants by Wednesday.

  We thank the Court for its attention to this matter. We are available at Your Honor's convenience if the Court has any questions regarding the foregoing.

              Respectfully submitted,

              David Stein

cc: Dan Shaked, Esq. (via ECF)